IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY E. DAVIS
ADC # 63673                                                     PETITIONER

v.                       No. 5:14-cv-45-DPM-JJV

RAY HOBBS, Director, ADC                          RESPONDENT

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Davis's motion to proceed *in forma pauperis*, № 1, and his motion for counsel, № 3, are denied. Davis's petition for writ of habeas corpus is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2014