# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ROY E. DAVIS**
**ADC # 63673**                                                 **PETITIONER**

**v.**                               **No. 5:14-cv-45-DPM**

**RAY HOBBS, Director, ADC**                          **RESPONDENT**

## JUDGMENT

Davis's petition for writ of habeas corpus is dismissed without prejudice. No certificate of appealability will issue.

_WBMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_27 March 2014_